*Cecil B. Ruskay* for appellants.

*Alfred T. Davison, Alexander R. Jones* and *Addison B. Scoville* for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

GOTTLEIB WALTER, as Administrator of the Estate of MARGARET WALTER, Deceased, Appellant, *v.* WILLIAM H. UPSON, Respondent, Impleaded with Another.

*Negligence — master and servant — automobile driven by chauffeur for own purposes and contrary to master's commands — master not liable for death of pedestrian struck by automobile.*

*Walter* v. *Upson,* 206 App. Div. 652, affirmed.

(Argued January 16, 1924; decided February 19, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 5, 1923, affirming a judgment in favor of defendant, respondent, entered upon a verdict directed by the court in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendants. Intestate, while walking on the highway near Clifton Springs, was struck by respondent's automobile receiving injuries resulting in her death. A verdict was directed for defendant, respondent, upon the ground that the evidence clearly showed that at the time of the accident the automobile was being used by the chauffeur for his own purposes and in direct disobedience of defendant, respondent's commands.

*James O. Sebring* and *F. Allen DeGraw* for appellant.

*Richard E. Jacobson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.